1  Alvin M. Hall, CA Bar No. 122512
   A. MARCUS HALL & ASSOCIATES
2  11355 West Olympic Boulevard, Suite 300
   Los Angeles, California 90064
3  Telephone: (310) 235-2755
4  Facsimile: (310) 235-2766

5  Attorneys for Plaintiff DAWN M. HARRIS

6  Deborah J. Broyles, CA Bar No. 167681
7  Seth L. Neulight, CA Bar No. 184440
   THELEN REID & PRIEST LLP
8  101 Second Street, Suite 1800
   San Francisco, CA 94105-3606
9  Telephone: (415) 371-1200
10 Facsimile: (415) 371-1211

11 Thomas E. Hill, Ca Bar No. 100861
   THELEN REID & PRIEST LLP
12 333 South Hope Street, Suite 2900
   Los Angeles, CA 90071-3048
13 Telephone: (213) 576-8000
14 Facsimile: (213) 576-8080

15 Attorneys for Defendant
   KAISER FOUNDATION HEALTH PLAN, INC.
16

17                    UNITED STATES DISTRICT COURT
18              FOR THE NORTHERN DISTRICT OF CALIFORNIA

19
20 DAWN M. HARRIS,                          Case No.: C 04-00736 JSW

21              Plaintiff,                  **STIPULATION AND [PROPOSED]
                                            ORDER FOR DISMISSAL OF ACTION
22     vs.                                  WITH PREJUDICE**

23 KAISER PERMANENTE, KAISER
   FOUNDATION HEALTH PLAN, INC., and
24 DOES 1 through 25,

25              Defendants.

26
        Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to the
27
   above-entitled action, Plaintiff Dawn M. Harris and Defendant Kaiser Foundation Health Plan,
28

SF #909716 v1                              -1-
       STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE
                            (Case No. C 04-00736 JSW)

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

Inc., by and through their attorneys of record, hereby stipulate that the above-entitled action shall be, and hereby is, DISMISSED WITH PREJUDICE in its entirety, with each party to bear her or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: May 11, 2005

A. MARCUS HALL & ASSOCIATES

By /s/ Alvin M. Hall
Alvin M. Hall
Attorneys for Plaintiff DAWN M. HARRIS

Dated: May 11, 2005

THELEN REID & PRIEST LLP

By /s/ Seth L. Neulight
Deborah J. Broyles
Seth L. Neulight
Attorneys for Defendant
KAISER FOUNDATION HEALTH PLAN, INC.

[PROPOSED] ORDER

Pursuant to the parties' stipulation, as set forth above,

IT IS SO ORDERED

Dated: May 26, 2005

/s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
United States District Judge